

# Fourth Court of Appeals
## San Antonio, Texas

January 24, 2018

No. 04-17-00784-CV

**ESTATE OF** Estella Q. **CAMPOS**, Deceased

From the Probate Court No. 2, Bexar County, Texas
Trial Court No. 2014PC3884
Honorable Tom Rickhoff, Judge Presiding

### ORDER

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF JURISDICTION. Costs of court for this appeal are taxed against Appellant Mary Jane Campos. *See* TEX. R. APP. P. 43.4.

It is so **ORDERED** on January 24, 2018.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of January, 2018.

_____
Keith E. Hottle, Clerk of Court